IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINE R. SAUNSOCI, | ) | Case No. 8:10CV305 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Paul Boeshart, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **September 19, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 19th day of July 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge