IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHRISTINE R. SAUNSOCI,** | ) | **CASE NO. 8:10CV305** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER AND** |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |

This matter is before the Court on the parties' Joint Stipulation and Motion for Dismissal with Prejudice (Filing No. 25). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation and Motion for Dismissal with Prejudice (Filing No. 25) is approved;

2. This action is dismissed with prejudice;

3. The complete record is waived; and

4. The parties will pay their own costs and attorney's fees.

Dated this 12th day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge